# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 12-19208-MDC

YVONNE  JONES

1478 LARDNER ST

PHILADELPHIA, PA 19149-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

YVONNE  JONES

1478 LARDNER ST

PHILADELPHIA, PA 19149-

Counsel for debtor(s), by electronic notice only.

CHRISTOPHER BOKAS
20 WEST 3RD ST

MEDIA, PA 19063-

Date: 12/29/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee