# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 12-19208-MDC

YVONNE JONES

1478 LARDNER ST

PHILADELPHIA, PA 19149-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    YVONNE JONES

    1478 LARDNER ST

    PHILADELPHIA, PA 19149-

Counsel for debtor(s), by electronic notice only.

    CHRISTOPHER BOKAS
    20 WEST 3RD ST

    MEDIA, PA 19063-

                              /S/ William C. Miller

Date: 6/1/2017                          _____

                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee