# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

YVONNE JONES                                    Chapter 13

                Debtor                    Bankruptcy No. 12-19208-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

    **AND NOW**, this ___3rd___ day of ___August___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
CHRISTOPHER BOKAS
20 WEST 3RD ST

MEDIA, PA 19063-

Debtor:
YVONNE JONES

1478 LARDNER ST

PHILADELPHIA, PA 19149-