United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                      Case No. 12-19208-mdc
Yvonne Jones                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: Virginia   Page 1 of 2   Date Rcvd: Aug 04, 2017
                       Form ID: pdf900  Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2017.
```
db              Yvonne Jones,    1478 Lardner Street,    Philadelphia, PA  19149-3223
12869410       +Abington Memorial Hospital,    PO Box 786331,    Philadelphia, PA 19178-6331
12869411       +BAC Home Loans Services,    450 American Street, SV416X,    Simi Valley, CA 93065-6285
12899776        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12955402       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
12869414       +Christopher Bokas Law Office,    20 West 3rd Street,    Media, PA 19063-2646
12869417        EHR Clinical Staff Solution,    PO Box 37618,    Philadelphia, PA 19101-7618
12869418        First Premier Bank,    PO Box 5529,    Sioux Falls, SD 57117-5529
12869420        HSBC Card Services,    PO Box 80084,    Salinas, CA 93912-0084
12869419       +Home Depot Credit Services,    PO Box 790328,    St. Louis, MO 63179-0328
12869421       +Jeanes Hospital,    ATTN: Billing Dept,    7600 Central Ave,    Philadelphia, PA 19111-2499
12869422       +Pathology At Jeanes,    PO Box 827752,    Philadelphia, PA 19182-7752
12869423        Temple University Physicians,    PO Box 827783,    Philadelphia, PA 19182-7783
12869424        World Financial Network Bank,    PO Box 182782,    Columbus, OH 43218-2782
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 05 2017 01:28:11     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 05 2017 01:27:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 05 2017 01:27:56     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 05 2017 01:30:01     Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
12937516       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 05 2017 01:27:44     Asset Acceptance LLC,
                 PO Box 2036,    Warren MI 48090-2036
12924111       +E-mail/Text: bncmail@w-legal.com Aug 05 2017 01:27:50     CHESWOLD (OPHRYS), LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12965527       +E-mail/Text: bankruptcy@phila.gov Aug 05 2017 01:28:11     CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    ONE PARKWAY BUILDING  BANKRUPTCY GROUP,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
12872579       +E-mail/Text: bankruptcy@cavps.com Aug 05 2017 01:27:53     Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
12869415        E-mail/PDF: creditonebknotifications@resurgent.com Aug 05 2017 01:30:10     Credit One,
                 PO Box 98873,    Las Vegas, NV 89193-8873
12909486       +E-mail/Text: cio.bncmail@irs.gov Aug 05 2017 01:27:23     DEPARTMENT OF TREASURY,
                 INTERNAL REVENUE SERVICE,    P O BOX 7346,    PHILADELPHIA PA 19101-7346
12909674        E-mail/Text: bknotice@crgofusa.com Aug 05 2017 01:27:56
                 InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,    PO BOX 123203,
                 DALLAS, TX 75312-3203
12912158        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 05 2017 01:27:52     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
12993541        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 05 2017 01:30:11
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12993542        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 05 2017 01:30:02
                 LVNV Funding, LLC its successors and assigns as,    assignee of NCO Portfolio Management,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13024700       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 05 2017 01:37:51
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12930275       +E-mail/Text: csidl@sbcglobal.net Aug 05 2017 01:27:55     Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
12929741        E-mail/Text: bnc-quantum@quantum3group.com Aug 05 2017 01:27:27
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
12895787        E-mail/Text: bnc-quantum@quantum3group.com Aug 05 2017 01:27:27
                 Quantum3 Group LLC as agent for,    PRC Acquisitions V LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
12893216        E-mail/PDF: rmscedi@recoverycorp.com Aug 05 2017 01:30:01
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 19
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*            +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12869416*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Department of the Treasury,    Internal Revenue Service,
                 PO Box 9052,    Andover, MA 01810-9052)
```

```
District/off: 0313-2           User: Virginia              Page 2 of 2                   Date Rcvd: Aug 04, 2017
                               Form ID: pdf900             Total Noticed: 33

12869409      ##+Abington Emergency Physicians,    PO Box 3012,   Wilmington, DE 19804-0012
12869412      ##+Burholme Emergency Care Specialists, LLC,    PO Box 487,   Toms River, NJ 08754-0487
12869413      ##+Capital One,   PO Box 5253,   Carol Stream, IL 60197-5253
                                                                                  TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTOPHER  BOKAS    on behalf of Debtor Yvonne  Jones ChristopherBokas@gmail.com,
               paralegaledp@yahoo.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

YVONNE JONES                                Chapter 13

                    Debtor        Bankruptcy No. 12-19208-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

AND NOW, this ___3rd___ day of ___August___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CHRISTOPHER BOKAS
20 WEST 3RD ST

MEDIA, PA 19063-

Debtor:
YVONNE JONES

1478 LARDNER ST

PHILADELPHIA, PA 19149-