To Whom It May Concern:                                                                                          1/16/2018

      My name is Yvonne C. Jones and I had filed bankruptcy back in 2012 and my lawyer had it dismissed back in August of 2017. Prior to August of 2017 I had received a letter from my lender who is Bank of America stating that they were returning funds of mine. At that time, I had asked my lawyer who could never give me an answer of where those funds were at. I am currently dealing with a new lawyer who is very helpful and has informed me about two checks that were returned to you.

Check #1 receipt # is 248962 for $840.77

Check #2 receipt # is 248963 for $500.00

The lawyer said to write to you to find how can I go about having my money refunded back to me that my old lawyer never would tell me where it was at. I have enclosed two forms of I.D. to prove who I am and if you need of anything else to help me to retrieve my money then please feel free to contact me at (484) 574-3630.  Thank you for your time and any help with this matter will be greatly appreciated.

Sincerely,

*[signature: Yvonne C. Jones]*

Ms. Yvonne C. Jones

FILED
JAN 26 2018
TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK