*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Yvonne Jones
    Debtor(s)

Case No: 12–19208–mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Letter/Motion for Unclaimed Funds in the amount of $1,340.77

    on: 2/15/18

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: 1/26/18

For The Court

Timothy B. McGrath
Clerk of Court