**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Yvonne Jones, | : | |
| Debtor. | : | Bankruptcy No.  12-19208-MDC |

# **AMENDED ORDER**

**AND NOW**, upon consideration of the Letter/Motion for Return of Unclaimed Funds in the amount of $1,340.77 (the "Motion"),[1] filed by Yvonne Jones on January 26, 2018, and after a hearing and for the reasons stated in court

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Clerk is directed to return the amount of $1,340.77 to Yvonne Jones.

Dated:   May 9, 2018

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Yvonne Jones
1478 Lardner Street
Philadelphia, PA 19149-3223

Christopher Bokas, Esquire
20 West 3rd Street
Media, PA 19063

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

---

[1] Bankr. Docket No. 55.