United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 12-19208-mdc
Yvonne Jones                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia          Page 1 of 1              Date Rcvd: May 09, 2018
                           Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2018.
db              Yvonne Jones,   1478 Lardner Street,   Philadelphia, PA  19149-3223

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          CHRISTOPHER BOKAS    on behalf of Debtor Yvonne   Jones ChristopherBokas@gmail.com,
            paralegaledp@yahoo.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 7

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Yvonne Jones, | : | |
| Debtor. | : | Bankruptcy No.   12-19208-MDC |

# <u>AMENDED ORDER</u>

**AND NOW**, upon consideration of the Letter/Motion for Return of Unclaimed Funds in the amount of $1,340.77 (the "Motion"),[1] filed by Yvonne Jones on January 26, 2018, and after a hearing and for the reasons stated in court

It is hereby **ORDERED** that:

1.    The Motion is **GRANTED**.

2.    The Clerk is directed to return the amount of $1,340.77 to Yvonne Jones.

Dated:   May 9, 2018

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Yvonne Jones
1478 Lardner Street
Philadelphia, PA 19149-3223

Christopher Bokas, Esquire
20 West 3rd Street
Media, PA 19063

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

_____
[1] Bankr. Docket No. 55.